E-FILED
Friday, 06 December, 2024 09:27:50 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LACEY GITTINGS-BARRERA, on behalf of herself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 24-CV-04167 |
| MEMORIAL HOSPITAL ASSOCIATION d/b/a MEMORIAL HOSPITAL, | ) | |
| Defendant. | ) | |

**DEFENDANT MEMORIAL HOSPITAL ASSOCIATION'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND LOCAL RULE 7.1**

Defendant Memorial Hospital Association d/b/a Memorial Hospital ("Memorial"), by and through its undersigned counsel, respectfully moves to dismiss Plaintiff Lacey Gittings-Barrera's Class Action Complaint based on Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1. In support, Memorial has filed a Memorandum of Law, which is incorporated by reference.

WHEREFORE, Memorial Hospital respectfully requests that this Court enter an Order dismissing Plaintiff's Class Action Complaint pursuant to Rule 12(b)(6), and for such other relief as this Court deems just and equitable.

Dated: December 6, 2024

Respectfully submitted,

By: /s/ *Scott L. Schmookler*

Scott L. Schmookler - # 6238034
**Gordon & Rees Scully Mansukhani, LLP**
Attorney for Memorial Hospital
One North Wacker, St., Suite 1600
Chicago, IL 60606
Telephone: (312) 619-4931
Facsimile: (312) 565-6511